IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | |
|---|---|
| **In re:**<br><br>**STAS WRONKA,**<br><br>　　　　　　　　**Debtor.** | **Case No.: 19-12257-TJC**<br>**Chapter 7** |

## LINE REQUESTING SCHEDULING CONFERENCE
## ON MOTION TO DISMISS FOR ABUSE

　　John P. Fitzgerald, IIC, Acting United States Trustee for Region 4, by counsel, respectfully requests that, if the Debtor files a timely response to the Motion to Dismiss for Abuse, that the Court schedule an initial scheduling conference prior to scheduling a hearing on the merits as discovery is needed in this matter.

Dated: May 21, 2018　　　　　　　　　　　　　**JOHN P. FITZGERALD, III**
　　　　　　　　　　　　　　　　　　　　　　　United States Trustee, Region 4

　　　　　　　　　　　　　　　　　　　　　　　By Counsel


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Lynn A. Kohen*　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Lynn A. Kohen, Bar No. 10025
　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　　　　　6305 Ivy Lane, Suite 600
　　　　　　　　　　　　　　　　　　　　　　　Greenbelt, MD   20770
　　　　　　　　　　　　　　　　　　　　　　　(301) 344-6216
　　　　　　　　　　　　　　　　　　　　　　　Fax: (301) 344-8431
　　　　　　　　　　　　　　　　　　　　　　　E-mail: lynn.a.kohen@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of May, 2019, a true and correct copy of the Line Requesting Scheduling Conference for the Motion to Dismiss Case for Abuse and proposed Order were served by ECF notification, upon:

- David E. Lynn   davidlynn@verizon.net, ecfnotices@verizon.net;lynndr69031@notify.bestcase.com
- Cheryl E. Rose   trusteerose@aol.com, crose@ecf.axosfs.com

And by first-class mail, postage prepaid, to:

Stas Wronka
14411 Danube Lane
Bowie, MD 20721


/s/ Lynn A. Kohen
Lynn A. Kohen