# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **19–12257 – TJC**   Chapter: **7**

**Stas Wronka**
Debtor

# NOTICE

PLEASE TAKE NOTICE that a Status Conference will be held

at 6500 Cherrywood Lane, Courtroom 3–E, Greenbelt, MD 20770

on 6/13/19 at 10:00 AM

to consider and act upon the following:

23 – Motion to Dismiss Case for abuse Filed by US Trustee. (Kohen, Lynn)

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 5/24/19

                                          Mark A. Neal, Clerk of Court
                                          by Deputy Clerk, Mark Rybczynski
                                          410–962–4255

Form stathrgmdb (rev. 12/2003)